AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut



MAR 19 2025 PM 1:45
FILED-USDC-CT-HARTFORD

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )         Case No. 3:25-mj- 246 (TOF)
Black SanDisk Ultra 3.0 256GB USB as described in )
Attachment A )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A, which is attached hereto and incorporated herein

located in the _____ District of ____Connecticut____ , there is now concealed *(identify the person or describe the property to be seized)*:

See ATTACHMENTS A and B which are attached hereto and incorporated herein

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | receipt and distribution of child pornography |
| 18 U.S.C. § 2225A(a)(5)(B) | possession and access with intent to view child pornography |

The application is based on these facts:

See Affidavit of Special Agent Molly E. Reale, Department of Homeland Security Investigations which is attached hereto and incorporated herein.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Molly Reale*
*Applicant's signature*

HSI Special Agent Molley E. Reale
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/18/2025

*Judge's signature*

City and state: Hartford, Connecticut

Hon. Thomas O. Farrish
*Printed name and title*